17 A.3d 920

**COMMONWEALTH of Pennsylvania, Respondent**

**v.**

**Harry L. BECKETT, Petitioner.**

Supreme Court of Pennsylvania.

April 18, 2011.

### ORDER

PER CURIAM.

**AND NOW,** this 18th day of April, 2011, the Emergency Motion for Leave to Amend Pending Petition for Allowance of Appeal and the Petition for Allowance of Appeal are hereby **DENIED.**